```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 1/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TATUM-RIOS,                                          :
                                                     :
                          Plaintiff,                 :          21-CV-7710 (PAE) (RWL)
                                                     :
              - against -                            :
                                                     :          **ORDER**
OFFCOURT PRODUCTS, INC.                              :
                                                     :
                          Defendant.                 :
                                                     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        A summons was issued in this action on September 16, 2021.  More than 90 days

have passed without proof of service of the complaint.  Accordingly, by January 19, 2022,

Plaintiff shall effect and file proof of service.  Failure to do so will result in dismissal for

failure to prosecute.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 10, 2022
          New York, New York


Copies transmitted this date to all counsel of record.

1